The People of the State of New York, Respondent,
against
Kiaan Richards, Defendant-Appellant.




Defendant appeals from a judgment of the Criminal Court of the City of New York, Bronx County (Laurence E. Busching, J.), rendered November 20, 2018, convicting him, upon his plea of guilty, of obstructing governmental administration in the second degree, and imposing sentence. Per Curiam.




Judgment of conviction (Laurence E. Busching, J.), rendered November 20, 2018, affirmed.
Since defendant waived prosecution by information, the accusatory instrument only had to satisfy the reasonable cause requirement of a misdemeanor complaint (see People v Dumay, 23 NY3d 518, 522 [2014]). So viewed, the accusatory instrument was jurisdictionally valid because it described facts of an evidentiary nature establishing reasonable cause to believe that defendant was guilty of obstructing governmental administration in the second degree (see Penal Law § 195.05). The instrument alleges that defendant, an inmate at Riker's Iskand, punched Corrections Officer Steve Kissoon in the face, causing swelling and redness to his jaw, as well as substantial pain, and forcing him to leave his assigned post. A reasonable person could infer from these facts that when defendant punched the officer, he intended to prevent the officer from performing his official duties (see People v Dumay at 525).
In view of our disposition, we reach no other issue.
All concur.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.

Clerk of the Court
Decision Date: April 22, 2020